No. 91. BATTAGLINO *v.* MARSHALL, SECRETARY OF STATE. C. A. 2d Cir. Acheson, Secretary of State, substituted as the party respondent. Certiorari denied. *Joseph F. Ruggieri* for petitioner. *Solicitor General Perl-*

*man, Assistant Attorney General Campbell* and *Robert S. Erdahl* for respondent.